# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| LIGONIER TOWNSHIP, | : No. 55 WAL 2015 |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| MARGARET S. NIED AND PAUL J. NIED, HER HUSBAND, AND FOXLEY FARM, LLC, | : |
| Petitioners | : |
| v. | : |
| CHRISTOPHER TURNER AND CAROLYN SHEARER TURNER, HUSBAND AND WIFE; DONALD KORB AND CAROLYN ROBERTS KORB, HUSBAND AND WIFE; AND DAVID BARNHART AND SALLY ANN BARNHART, HUSBAND AND WIFE, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 30th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.